**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

NENOMOSHIA THOMAS                                                                                    PLAINTIFF

v.                                          No. 3:10CV00150 JLH

ROSS THOMPSON, in his official capacity
as Chief of Police for Blytheville, Arkansas; and
the CITY OF BLYTHEVILLE, ARKANSAS                                                        DEFENDANTS

**ORDER**

Plaintiff has filed a motion to dismiss without prejudice.  Without objection, the motion to dismiss is GRANTED.  Document #17.  This action is hereby dismissed without prejudice.

IT IS SO ORDERED this 14th day of March, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE